# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JEFFREY M. THORSEN & DANA C. THORSEN          Case Number: 05-71721
7711 BROADVIEW CRT.                SSN-xxx-xx-1405 & xxx-xx-7243
SPRING GROVE, IL  60081

Case filed on: 4/12/2005
Plan Confirmed on: 6/24/2005

D Dismissed

Total funds received and disbursed pursuant to the plan: $74,326.10     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | LITTON LOAN SERVICING LP | 0.00 | 0.00 | 53,639.86 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 53,639.86 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 002 | PIERCE AND ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | BUCHALTER NEMER A PROFESSIONAL CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | JOSEPHINE J. MICELI | 0.00 | 0.00 | 0.00 | 0.00 |
| 204 | CHASE AUTO FINANCE AZ1-1191 | 0.00 | 0.00 | 0.00 | 0.00 |
| 209 | PREMIER BANKCARD | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | INTERNAL REVENUE SERVICE | 5,294.00 | 5,294.00 | 0.00 | 0.00 |
| 027 | INTERNAL REVENUE SERVICE | 5,294.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 10,588.00 | 5,294.00 | 0.00 | 0.00 |
| 999 | JEFFREY M. THORSEN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | LITTON LOAN SERVICING LP | 6,698.92 | 6,698.92 | 4,287.37 | 0.00 |
| 004 | BANC ONE ACCEPTANCE CORPORATION | 10,401.92 | 10,401.92 | 5,239.50 | 3,828.45 |
| 019 | MCHENRY COUNTY TREASURER | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | MCHENRY COUNTY TREASURER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 17,100.84 | 17,100.84 | 9,526.87 | 3,828.45 |
| 005 | CAPITAL ONE | 723.56 | 723.56 | 0.00 | 0.00 |
| 006 | COMED CO | 2,478.39 | 2,478.39 | 0.00 | 0.00 |
| 007 | DIRECTV | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | DR. HAGNELL | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | PREMIER BANKCARD/CHARTER | 471.16 | 471.16 | 0.00 | 0.00 |
| 010 | LASALLE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | MIDWEST ANESHTESIOLOGIST LTD. | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | NICOR GAS | 653.19 | 653.19 | 0.00 | 0.00 |
| 013 | PEOPLES GAS LIGHT & COKE CO | 720.73 | 0.00 | 0.00 | 0.00 |
| 014 | SAFEWAY | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | SBC | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | OLIVER ADJUSTMENT COMPANY | 1,346.24 | 1,346.24 | 0.00 | 0.00 |
| 017 | AFNI/VERIZON | 494.03 | 494.03 | 0.00 | 0.00 |
| 020 | PARK RIDGE PEDIATRICS | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | TCF BANKING & SAVINGS | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | HINCKLEY SPRINGS | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | SPRINT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 6,887.30 | 6,166.57 | 0.00 | 0.00 |
|  | Grand Total: | 37,276.14 | 31,261.41 | 65,866.73 | 3,828.45 |

Total Paid Claimant:     $69,695.18
Trustee Allowance:       $4,630.92          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:      0.00           discharging the trustee and the trustee's surety from any and all
                                            liablility on account of the within proceedings, and closing the estate,
                                            and for such other relief as is just.  Pursuant to FRBP, I hereby
                                            certify that the subject case has been fully administered.

Report Dated:

                                                             /s/ Lydia S. Meyer
                                                           Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 04/18/2008             By  /s/Heather M. Fagan